**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,     :

                                 :

      v.                     : CRIMINAL ACTION NO.

                                 : 2:16-CR-10-1-RWS-JCF

HORACE MAYFIELD,            :

                                 :

      Defendant.            :

## ORDER

This matter is before the Court on the Report and Recommendation of

Magistrate Judge J. Clay Fuller [Doc. No. 314]. No objections have been filed

thereto. Having carefully reviewed the record and the Report and Recommendation,

the Report and Recommendation [Doc. No. 314] is hereby approved and adopted as

the opinion and order of this Court. As such, Defendant's Motion to Suppress [Doc.

No. 100] is DENIED.

**SO ORDERED** this _10th_ day of July, 2018.

                                         _____

                                      **RICHARD W. STORY**

                                        United States District Judge